# CHARLESTON

WASHINGTON NATIONAL BUILDING & LOAN ASSOCIATION *v.* BUCKEY.

Submitted March 5, 1912.    Decided November 26, 1912.

PRACTICE AND PLEADING.

> The decree below on the merits is affirmed, upon the principles of *Tahaney* v. *Building Association,* 59 W. Va. 296, differentiated in *Irving* v. *B. & L. Association,* 63 W. Va. 357; and on the questions of pleading and practice presented, upon the rules of *Martin* v. *Smith,* 25 W. Va. 579, *Darby* v. *Gilligan,* 43 W. Va, 755, *Dorr* v. *Dewing,* 36 W. Va. 466, and *Toledo Tie and Lumber Co.* v. *Thomas,* 33 W. Va. 566.

Appeal from Circuit Court, Randolph County.

Bill in equity by the Washington National Building & Loan Association against Eliza A. Buckey and others. From the decree, defendant Eliza A. Buckey appeals.

*Affirmed.*

*J. L. Wamsley* and *Harding & Harding,* for appellant.

*Brown & Brown* and *A. Jay Valentine,* for appellee.

MILLER, JUDGE:

The controlling facts in this case are substantially the same as those involved in *Tahaney* v. *Building Association,* 59 W. Va. 296, and the principles there enunciated and applied rule this case, contrary to the contentions of appellant. The questions of pleading and practice presented and argued seem to be fully

covered and decided adversely to appellant, in *Martin* v. *Smith,* 25 W. Va. 579, *Darby* v. *Gilligan,* 43 W. Va. 755, *Dorr* v. *Dewing,* 36 W. Va. 466, and *Toledo Tie & Lumber Co.* v. *Thomas,* 33 W. Va. 566. It is unnecessary, therefore, to reiterate the legal rules and principles so well established. We find no error in any of the decrees and proceedings below prejudicial to the rights and interests of appellant, and the decree appealed from will therefore be affirmed.

*Affirmed.*